UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
AVIS BUDGET CAR RENTAL, INC.,

                Plaintiff,

      - against –

JD2 ENVIRONMENTAL, INC., GEMSTAR
CONSTRUCTION CORP., and GEOTRACK, INC.,

                Defendants.
----------------------------------------------------------------x
JD2 ENVIRONMENTAL, INC., and GEMSTAR
CONSTRUCTION CORP.,

                Plaintiffs,

      - against –

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY and GEOTRACK, INC.,

                Third-Party Defendants.
----------------------------------------------------------------x

**AMENDED JUDGMENT**
12-CV-5010 (PKC)

    This action having been tried by a jury, a unanimous verdict having been rendered in favor of Plaintiff, the Court hereby ORDERS and ADJUDGES:

    1.    That Plaintiff Avis Budget Car Rental, LLC has judgment and recovers from Defendant JD2 Environmental, Inc. and Defendant Geotrack, Inc., jointly and severally, the amount of $2,108,620.07, representing compensatory damages in the amount of $1,392,646.93 plus pre-judgment interest on that amount in the sum of $715,973.14 (the "Damages Award"). Post-judgment interest shall accrue, pursuant to 28 U.S.C. § 1961, from August 30, 2017 until full satisfaction.

    2.    That Defendant JD2 Environment, Inc. and Defendant Geotrack, Inc., upon satisfaction of the Damages Award, may recover of the other the excess of any amount actually

paid by either of them to Plaintiff Avis Budget Car Rental, LLC in excess of such defendant's proportionate share of the Damages Award as follows:

    a. The excess over the 65% share of the Damages Award apportioned to JD2 Environmental, Inc.; and

    b. The excess paid over the 35% share of the Damages Award apportioned to Geotrack, Inc.

3.      That Defendant JD2 Environment, Inc. is ordered to reimburse Plaintiff Avis Budget Car Rental, LLC for $826,915.47 in attorney's fees and $67,445.20 in litigation costs.

SO ORDERED.

March 6, 2018

*/s/ Pamela K. Chen*

Pamela K. Chen
United States District Judge